■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSVALDO HENRIQUEZ, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (McInerney, J.), rendered April 1, 1987.

Ordered that the judgment is affirmed (see, People v Kazepis, 101 AD2d 816). Mangano, J. P., Kunzeman, Rubin, Eiber and Balletta, JJ., concur.